UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
Vadim Vezanayev, individually and on behalf of all others similarly situated;

                Plaintiff,

                -against-

Financial Recovery Services, Inc.

                Defendant(s).
---------------------------------------------------------------------------x

Case No: 1:20-cv-01453-MKB-RER

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND FINANCIAL RECOVERY SERVICES, INC. AND [PROPOSED] ORDER**

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Financial Recovery Services, Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 2, 2020

                **HOROWITZ LAW, PLLC**

                */s/ Uri Horowitz*
                Uri Horowitz
                14441 70th Road
                Flushing, NY 11367
                Phone: (718) 705-8706
                uri@horowitzlawpllc.com

                *Attorney for Plaintiff Vadim Vezanayev*

Dated: October 2, 2020

**MOSS & BARNETT**

*/s/ Michael Thomas Etmund*
Michael Thomas Etmund, Esq.
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: 612-877-5309
Mike.Etmund@lawmoss.Com

*Counsel for Defendant Financial Recovery Services, Inc.*

SO ORDERED:
s/ MKB 10/2/2020

_____

MARGO K. BRODIE
United States District Judge

JUDGE, U.S. District Court
Eastern District of New York